AO 442  (Rev. 11/11)  Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br><br><br>Rosa Maria Flores<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   CR-22-00685-001-TUC-JCH (MSA)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)*   Rosa Maria Flores                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☒ Supervised Release Violation Petition   ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:3583:  Violation of Supervised Release

Date:        October 17, 2025

*Issuing officer's signature*

s/ Debra D. Lucas, Clerk

City and state:  Tucson, Arizona

Tiffany Dame, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/17/2025 , and the person was arrested on *(date)* 05/11/2026
at *(city and state)* PHOENIX, ARIZONA .

Date: 05/11/2026      Subject arrested by USMS,
and initialed on 05/13/2026
in the District of Arizona.          *Arresting officer's signature*

*Printed name and title*

cc: USM, AUSA, Probation